**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEKIMA JALIWA, ) | NO. CV 07-04735 SJO (CWx) |
| Plaintiff, ) | |
| ) | **JUDGMENT AS TO DEFENDANT** |
| ) | **CALIFORNIA EQUITY FUND 1992 LIMITED** |
| v. ) | **PARTNERSHIP** |
| CONCERNED CITIZENS OF SOUTH ) | |
| CENTRAL LOS ANGELES, et al., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered on behalf of Defendant California Equity Fund 1992 Limited Partnership ("CEF"), and against Plaintiff Hekima Jaliwa on his claims against CEF.

IT IS SO ORDERED.


MARCH 6, 2008

/S/

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE